UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDDIE J. BROWN, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:12-cv-01195 |
| v. ) | Judge Sharp |
| ) | |
| TIGER MANAGEMENT GROUP, LLC ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying memorandum, Defendant's Motion for Summary Judgment as to Plaintiff's Complaint (Docket No. 22) is hereby GRANTED and the case is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to enter judgment in a separate document in accordance with Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE